NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE THREE-DIMENSIONAL MEDIA GROUP, LTD.,

---

2011-1055
(Reexamination No. 90/007,578)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

## ORDER

In-Three, Inc. moves for leave to file a brief amicus curiae in support of the Director of the United States Patent and Trademark Office. In-Three states that the Director consents to the motion. Three-Dimensional Media Group, Ltd. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**JUL 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Seth H. Ostrow, Esq.
Raymond T. Chen, Esq.
William S. Coats, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 0 8 2011**

**JAN HORBALY**
**CLERK**